FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
DEC 11 2019
MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19CR4557RB |
| ) | |
| vs. ) | 8 U.S.C. §§ 1326(a) and (b): |
| ) | Re-entry of a Removed Alien. |
| **RUBEN ORTIZ-LOPEZ**, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about December 1, 2019, the defendant, **RUBEN ORTIZ-LOPEZ**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Hidalgo County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about October 31, 2019, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

JOHN C. ANDERSON
United States Attorney

*for* KRISTOPHER DALE JARVIS
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM  88001
(575) 522-2304